THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE No. 7:23-cv-1026-D-BM

| | |
|---|---|
| MICHAEL S. REARDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT REPORT** |
| v. ) | **NAMING MEDIATOR** |
| ) | |
| FINANCIAL DATA SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT REPORT NAMING MEDIATOR

Pursuant to this Honorable Court's Scheduling Order, the Parties submit the following Joint Report Naming Mediator.

The parties propose Lester Antonio Adams, Esq. from Conduit Mediation and Advisory, shall preside over any mediation pertaining to this matter. Lester Antonio Adams, Esq. is located 401 Hawthorne Lane, #110-218, Charlotte, NC 28204. The Parties will complete any mediation by December 18, 2023.

Dated: September 29, 2023                Respectfully submitted,

*/s/ Nathan C. Volheim*                  */s/ Thomas W. Kerner*
Nathan C. Volheim. Esq.                  Thomas W. Kerner. Esq.
Sulaiman Law Group, Ltd.                 N.C. Bar No. 34040
2500 South Highland Avenue               Kerner Law Firm, PLLC
Suite 200                                1213 Culbreth Drive
Lombard, IL 60148                        Wilmington, NC 27603
Phone: (630) 568-3056                    Phone: (910) 509-7241
Fax: (630) 575-8188                      Fax: (910) 636-1024
nvolheim@sulaimanlaw.com                 tom.kerner@kernerlawfirm.com
*Counsel for Plaintiffs*                 *Counsel for Defendant*

*/s/ Matthew R. Gamble*
Matthew R. Gamble, Esq.
N.C. Bar No. 43359
Osborn Gambale Beckley & Budd, PLLC
721 West Morgan Street
Raleigh, NC 27603
Phone: (919) 373-6422
Fax: (919) 578-3733
matt@counselcarolina.com
Local Civil Rule 83.1(d)
*Counsel for Plaintiff, Michael Reardon*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ *Nathan C. Volheim*
Nathan C. Volheim