IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1026-D

| | | |
|---|---|---|
| MICHAEL S. REARDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FINANCIAL DATA SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On February 7, 2024, Michael S. Reardon ("Reardon" or "plaintiff") moved for entry of default against defendant. See [D.E. 15]. The court DENIES WITHOUT PREJUDICE plaintiff's motion [D.E 15]. If plaintiff seeks sanctions, plaintiffs should file a proper motion.

SO ORDERED. This _1_ day of March, 2024.

                                                                           JAMES C. DEVER III
                                                                           United States District Judge