UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01026-D-BM

MICHAEL S. REARDON,

    Plaintiff,

v.

FINANCIAL DATA SYSTEMS, LLC,

    Defendant.

**ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS AGAINST FINANCIAL DATA SYSTEMS, LLC**

Plaintiff, MICHAEL S. REARDON, by and through his counsel, having filed with this Court his Motion for Sanctions against FINANCIAL DATA SYSTEMS, LLC ("Defendant") and the Court having review the same, it is hereby ORDERED:

1. A default shall be entered against Defendant.
2. Sanctions shall be entered against Defendant for failure to comply with the Court's Order and Local Rules.

SO ORDERED. This the **16** of April, 2024.

                                                                      _/s/ Dever_
                                                                       JAMES C. DEVER III
                                                                       United States District Judge