UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01026-D-BM

MICHAEL S. REARDON,

    Plaintiff,

v.

FINANCIAL DATA SYSTEMS, LLC,

    Defendant.

**DEFAULT JUDGMENT ORDER**

1. Judgment by default is entered in favor of Plaintiff, MICHAEL S. REARDON, and against Defendant, FINANCIAL DATA SYSTEMS, LLC, as follows:

   | | |
   |---|---|
   | a. Statutory Damages | $ 1,500.00 |
   | c. Attorney fees | $ 7,039.30 |
   | d. Costs | $ 513.25 |

2. Allowing Plaintiff to add judgement interest per diem.

SO ORDERED. This the 9 day of July, 2024.

JAMES C. DEVER III
United States District Judge

1